UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOY PATRICIA ZAWADI NICHOLAS,<br><br>       Plaintiff,<br><br>  -against-<br><br>ROAD SYSTEMS, INC.,<br><br>       Defendant. | 1:22-cv-04339 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter dated September 28, 2022. At this time, the Court will not adjust the current Civil Case Management Plan and Scheduling Order as requested.

  The pretrial conference previously scheduled for August 2, 2023 (*see* ECF No. 11) is hereby rescheduled for **August 3, 2023 at 10:00 a.m.** in Courtroom 20B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

  Any party wishing to file a summary judgment motion shall file a pre-motion letter **at least two weeks before** the conference and in the form provided in the Court's Individual Rule 3.I. Any party wishing to oppose shall file a responsive letter as provided in the same Individual Rule. The motion will be discussed at the conference. **If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.** The parties will be notified of the assigned trial-ready date and the filing deadlines for pretrial submissions. The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

  All other dates and deadlines in the Civil Case Management Plan and Scheduling Order, dated August 19, 2022, remain in effect. *See* ECF No. 11.

  The parties shall appear for a status conference on **November 3, 2022 at 10:00 a.m.** in the aforementioned Courtroom.

Dated: September 30, 2022
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge